UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

CHAD EVERETT CASTLE

Debtor(s).

Case No. 01-40818-H4-7

Chapter 7

MOTION TO PAY FUNDS INTO
THE REGISTRY UNDER 11 U.S.C. §347(a)

---

The undersigned trustee reports:

____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:February 10, 2011

/s/_____
Ben Floyd
700 Louisiana Ste 4600
Houston, TX 77002

## CERTIFICATE OF SERVICE

I, Ben Floyd, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been mailed to Judy Robbins, U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 by First Class U.S. Mail, postage pre-paid, on this 10th day of February 2011.

/s/
Ben Floyd