# EXHIBIT "A"

PLEASE CHECK ONE:

_____ Small Dividends

__X__ Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Chase<br>P O Box 52126<br>Phoenix, AZ 85072 | #6 | $2,935.79 |
| Auto One Acceptance<br>13201 NW Freeway 200<br>Houston, TZ 77040 | #7 | $4,270.55 |
| Ford Motor Credit<br>363 N. Sam Houston PKY 700<br>PO Box 38469<br>Houston, TX 77238 | #8 | $3,306.31 |
| Houston Cellular Telephone<br>P O Box 660732<br>Dallas, TX 75266 | #9 | $169.96 |
| Reliant Energy<br>P O Box 1700<br>Houston, TX 77251 | #11 | $45.89 |
| Southwestern Bell<br>P O Box 3025<br>Houston, TX 77210 | #12 | $149.57 |
| Time Warner<br>P O Box 87769<br>Houston, TX 77287 | #16 | $207.92 |

bkrtcy\tst\uftx10