

ENTERED
06/13/2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: )
)   Case No. 01-40818- H4-7
CHAD EVERETT CASTLE )
)   CHAPTER 7
)
Debtor. )

#64

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that a check made payable to creditor Ford Motor Credit Company LLC in the amount of $3,306.31 was not charged against the bank account of the debtor, ~~~~~~~ ~~~~~~~ within the 90 day limit, and unclaimed money report Order was entered on or about February 11, 2011 to close the account and transfer the moneys into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Ford Motor Credit Company LLC, by and through Federal Recovery LLC, its Attorney-in-Fact, is now claiming the above monies in the Petition attached hereto,

IT IS ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $3,306.31 to the order of: Ford Motor Credit Company LLC and to mail said funds to: c/o Federal Recovery LLC, 10380 SW Village Center Dr., #320, Port St. Lucie, FL 34987.

Dated: 6/13/2011

UNITED STATES BANKRUPTCY JUDGE